IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MONROE FRAZIER**                                                                     **PLAINTIFF**

v.                                                            **CAUSE NO. 1:12CV202 LG-JMR**

**LOCKHEED MARTIN**
**OPERATIONS SUPPORT, INC.**                                            **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion for Summary Judgment, the Court, after review and consideration, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of defendant Lockheed Martin Operations Support, Inc. Plaintiff's claims against Lockheed Martin Operations Support, Inc. are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 13th day of June, 2013.

                                                        s/ *Louis Guirola, Jr.*
                                                        LOUIS GUIROLA, JR.
                                                        CHIEF U.S. DISTRICT JUDGE